# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### EASTERN DIVISION
#### No. 4:18-CR-74-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MYQUAN TAQUIL HOUSTON | ) | |
| | ) | |
| Defendant. | ) | |

On March 22, 2021 Myquan Taquil Houston ("Houston" or "defendant") filed for compassionate release [D.E. 101]. On June 6, 2021, the government responded in opposition [D.E. 106]. On December 23, 2021, Houston was released; therefore, the court DENIES as moot Houston's motion for compassionate release. See BOP Inmate Locator, https://www.bop.gov/inmateloc/ (last visited Dec. 28, 2021).

SO ORDERED. This 28 day of December, 2021.

JAMES C. DEVER III
United States District Judge